AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Newman, Michael J. | 2. Court or Organization<br><br>United States District Court, Southern District of Ohio | 3. Date of Report<br><br>08/21/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge - Full Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

| 7. Chambers or Office Address<br><br>200 West Second Street, Room 505<br>Dayton, Ohio 45402 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | Cincinnati Public Radio, Inc. |
| 2. | Board of Directors & President | Federal Bar Association |
| 3. | Board of Directors | Federal Bar Association, Dayton Chapter |
| 4. | Board of Directors | Law and Leadership Institute |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Michael J. | 08/21/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Association Board Meeting | January 20, 2016-January 23, 2016 | Miami, FL | Federal Bar Association - Board Meeting | Transportation, meals, hotel |
| 2. | United States Treasury-Employment Seminar-Judicial Center | March 9, 2016-March 11, 2016 | New York | Employment Seminar | Transportation, meals, hotel |
| 3. | Federal Bar Association-President's Training | March 16, 2016-March 18, 2016 | Chicago, IL | Federal Bar Association-Women in the Law | Transportation, meals, hotel |
| 4. | Federal Bar Association-Site visit for Annual Meeting | March 21, 2016 | Cleveland, OH | Federal Bar Association - Board Meeting | Transportation, meals, hotel |
| 5. | Federal Bar Association-Mid year meeting | March 30, 2016-April 3, 2016 | Washington, DC | Federal Bar Association-National | Transportation, meals, hotel |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Newman, Michael J. | 08/21/2017 |

| 6. | Judicial Conference Committee | May 11, 2016-May 12, 2016 | Washington, DC | Federal Bar Association | Transportation, meals, hotel |
| --- | --- | --- | --- | --- | --- |
| 7. | Federal Bar Association-Leadership Training | May 17, 2016-May 22, 2016 | Washington, DC | Federal Bar Association | Transportation, meals, hotel |
| 8. | Federal Bar Association-Board of Directors Meeting | June 16, 2016-June 17, 2016 | Baltimore, MD | Federal Bar Association | Transportation, meals, hotel |
| 9. | Federal Bar Association Annual Meeting | September 13, 2016-September 18, 2016 | Cleveland, OH | Federal Bar Association | Transportation, meals, hotel |
| 10. | Federal Bar Association-Civics -Sigel School | October 7, 2016 | St. Louis, MO | Federal Bar Association | Transportation, meals, hotel |
| 11. | Federal Bar Association-Tri State Conference | October 13, 2016-October 16, 2016 | Sun Valley, ID | Federal Bar Association | Transportation, meals, hotel |
| 12. | Federal Bar Association- | December 6, 2016-December 10, 2016 | Honolulu, HI | Federal Bar Association | Transportation, meals, hotel |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Bank | Primary Mortgage; Rental property #1; Beach Haven N.J. (See Part VII Line 29) | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Michael J. | 08/21/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Brokerage Account #1 | | | | | | | | | |
| 2.  ishares S&P 500 Value ETF | A | Dividend | J | T | Buy | 01/05/16 | J | | |
| 3.  Gabelli Asset Fund | A | Dividend | J | T | | | | | |
| 4.  iShares Trust MSCI EAFE Index | A | Dividend | J | T | | | | | |
| 5.  SPDR S&P 500 ETF Trust | A | Dividend | J | T | | | | | |
| 6.  Vanguard Total stock Market ETF | A | Dividend | J | T | | | | | |
| 7.  Private Bank Deposit Account | A | Interest | J | T | | | | | |
| 8.  Vanguard FTSE All World Ex-USETS | A | Dividend | J | T | Buy | 08/16/16 | J | | |
| 9.  SPDR Euro Stoxx 50 | A | Dividend | J | T | | | | | |
| 10. ishares Russell 1000 Growth etf | A | Dividend | J | T | | | | | |
| 11. Brokerage Account #2 | | | | | | | | | |
| 12. ishares S&P 500 Value ETF | A | Dividend | J | T | Buy | 01/05/16 | J | | |
| 13. Gabelli Asset Fund | A | Dividend | J | T | | | | | |
| 14. iShares Trust MSCI EAFE Index | A | Dividend | J | T | | | | | |
| 15. SPDR S&P 500 ETF Trust | A | Dividend | J | T | | | | | |
| 16. Vanguard Total stock Market ETF | A | Dividend | J | T | | | | | |
| 17. Private Bank Deposit Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Michael J. | 08/21/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Vanguard FTSE All World Ex-USETS | A | Dividend | J | T | Buy | 08/16/16 | J | | |
| 19. SPDR Euro Stoxx 50 | A | Dividend | J | T | | | | | |
| 20. Brokerage Account #3 | | | | | | | | | |
| 21. ishares S&P 500 value etf | A | Dividend | J | T | Buy | 01/05/16 | J | | |
| 22. Gabelli Asset Fund | A | Dividend | J | T | | | | | |
| 23. iShares Trust MSCI EAFE Index | A | Dividend | J | T | | | | | |
| 24. SPDR S&P 500 ETF Trust | A | Dividend | J | T | | | | | |
| 25. Vanguard Total stock Market ETF | A | Dividend | J | T | | | | | |
| 26. Private Bank Deposit Account | A | Interest | J | T | | | | | |
| 27. Vanguard FTSE All World Ex-USETS | A | Dividend | J | T | Buy | 08/16/16 | J | | |
| 28. SPDR Euro Stoxx 50 | A | Dividend | J | T | | | | | |
| 29. Rental property #1 Beach Haven, New Jersey | F | Rent | P1 | W | | | | | |
| 30. 1/2 inerest in family farm Laura, Ohio | | | | | Sold | 01/31/14 | O | G | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Michael J. | 08/21/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael J. Newman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544